No. 85–6451.   WESLEY v. TEXAS.   Appeal from 66th Jud. Dist. Ct. Tex., Hill County, dismissed for want of jurisdiction.   Treat-

ing the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.